# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DIGITALDOORS, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:24-cv-00779-JRG-RSP |
| § | |
| CENTENNIAL BANK and HAPPY STATE § | |
| BANK, § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Motion for Dismissal with Prejudice (the "Motion") filed by DigitalDoors, Inc. ("Plaintiff") and Centennial Bank and Happy State Bank ("Defendants"). (Dkt. No. 10.) In the Motion, Plaintiff represents that the above-captioned case has been resolved and requests dismissal of the above-captioned action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. (*Id.* at 1.) Defendants have not filed any opposition despite the running of the time to do so; thus, the Court treats the Motion as unopposed.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 23rd day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE